COMPTON v. COMPTON.

(Supreme Court, Appellate Division, First Department.　May 15, 1908.)

1. DIVORCE—ALIMONY—ENFORCEMENT OF ORDER—DEMAND.

A demand for the amount due as alimony is a prerequisite to an order adjudging the husband in contempt for failure to pay the same.

2. SAME—DEFENSES—POVERTY.

A plea of poverty is no answer to an application for an order adjudging the husband in contempt for failure to pay alimony.

Appeal from Special Term.

Divorce by Melissa W. Compton against Charles K. Compton. From an order denying a motion for an order adjudging Charles K. Compton in contempt for failure to pay alimony, Melissa W. Compton appeals.　Affirmed.

See 111 App. Div. 923, 97 N. Y. Supp. 618.

Argued before INGRAHAM, LAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

A. Caruthers, for appellant.

J. F. Cryer, for respondent.

PER CURIAM.　The papers show no demand for the amount due for alimony, the payment of which is sought to be enforced in this proceeding.　If there had been a proper demand for the amount due, the motion should have been granted, as the defendant's plea of poverty is no answer to the application.

As the case stands, however, the order must be affirmed, but without costs.